**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

   **JUDITH ANN KNOX**    Case No.: 16-29390 RG

                    **Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

     Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $3,500.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | JUDITH ANN KNOX (Debtor's Refund) |
| | 8 SEARS PLACE |
| | MONTCLAIR, NJ 07042 |
| Amount: | $3,500.00 |
| Trustee Claim Number: | 0 |
| Reason: | Checks have been returned as undeliverable |

October 18, 2017        /s/Marie-Ann Greenberg
                                      MARIE-ANN GREENBERG
                                      CHAPTER 13 STANDING TRUSTEE