**Fill in this Information to identify the case:**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 SEP -6 P 2: 43

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

Debtor 1  Judith A. Knox
        First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of New Jersey
                                        (State)

Case number: 16 - 29390

---

**Form 1340 (12/19)**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

unclaimed Funds

**1.  Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: $3,500.00 | $ 3,500.00 |
|---|---|
| Claimant's Name: | Judith Knox |
| Claimant's Current Mailing Address, Telephone Number, and Email Address:  moved from 8 Scots ??? R.NYC. | 20 Monroe Pl., Montclair, N.J. 07042<br>Phone number: 973-744-3506   973-837-6975<br>Email address:<br>(Awaiting new lease) |

**2.  Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[X] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

Judith Knox

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**3.  Supporting Documentation**

☒   Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**4.  Notice to United States Attorney**

☐   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney<br>
District of New Jersey<br>
Peter Rodino Federal Building<br>
970 Broad Street, Suite 700<br>
Newark, New Jersey  07102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _Sept. 9, 2022_ | Date: _____ |
| Signature of Applicant _Judith Knox_ | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant _Judith Knox_ | Printed Name of Co-Applicant (if applicable) |
| Address: _20 Monroe Pl_ _Montclair NJ 07042_ _Moved From_ _5 Seeats Pl. Montclair_ _Awaiting New License_ | Address: _____ |
| Telephone: _973-744-1506_ | Telephone: _____ |
| Email: _____ | Email: _____ |

dill the
Marreol
n tyt NJ
07042

U.S Bankruptcy Ct.
50 Walnut St.
P.O. Box 1352
Newark, N.J. 07102

